IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN J. KNOBBE, ) | 8:05CV489 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| BANK OF AMERICA, N.A., ) | |
| Brumbaugh & Quandahl P.C. L.L.O., ) | |
| Frederick J. Hanna & Associates ) | |
| And John Does 1-10 ) | |
| ) | |
| Defendant. ) | |

This matter is before the court upon Plaintiff's motion to strike the brief filed by Defendants in support of their motion for summary judgment. I will deny the motion to strike. As I have explained in two previous orders (filings 27 and 44) the Rooker-Feldman defense is properly raised in a motion for summary judgment. Thus discussion of the Rooker-Feldman doctrine in a brief supporting summary judgment is appropriate. The court will rule on the motion for summary judgment in due course.

For the foregoing reasons,

IT IS ORDERED that Plaintiff's motion to strike Defendants' brief (filing 48) is denied.

June 7, 2007

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge